UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CRYSTAL GILLEY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No. 2:23-cv-149-MJD |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| *Defendant*. ) | |

## **JUDGMENT**

Pursuant to and consistent with the Memorandum and Order filed herewith: (1) Plaintiff's request for relief [Doc. 13; Doc. 14] is **DENIED**; (2) the Commissioner's request that the decision denying benefits be affirmed [Doc. 15; Doc. 17] is **GRANTED**; and (3) this action is **DISMISSED**.

/s/ *LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT